# United States Court of Appeals
### For the Eighth Circuit

_____

No. 18-3531

_____

United States of America,

*Plaintiff - Appellee,*

v.

Sajoh Yates,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: June 5, 2019
Filed: June 13, 2019
[Unpublished]

_____

Before COLLOTON, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Sajoh Yates appeals the district court's[1] order committing him under 18 U.S.C. § 4245, which provides for hospitalization and treatment of an imprisoned person suffering from a mental disease or defect, until he no longer needs treatment or his prison sentence expires, whichever occurs first. Upon careful review of the record--including the reports of two mental health professionals who opined that Yates met the criteria for commitment--we conclude the district court's section 4245 finding was supported by a preponderance of the evidence, and was not clearly erroneous. See 18 U.S.C. § 4245(d); United States v. Bean, 373 F.3d 877, 879 (8th Cir. 2004) (standard of review). We also conclude that Yates's pro se arguments offer no basis for relief.

The judgment of the district court is affirmed, and counsel's motion to withdraw is granted.

_____

[1]The Honorable M. Douglas Harpool, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable David P. Rush, United States Magistrate Judge for the Western District of Missouri.